**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHN NIESEN, as Personal Representative**
**for the Estate of Michael Scott Niesen,**
**deceased; JOHN NIESEN, individually;**
**MARY F. RILEY, individually,**

    **Plaintiffs,**

v.                                                    Case No.  8:08-cv-1599-T-30TBM

**CITY OF CLEARWATER; MICHAEL**
**EGGER; MARK CAIRNS; EDWARD**
**GARNER; JAMES GRAVELY; CHARLES**
**BUTLER,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendant, Edward Garner's, Unopposed Motion to Set Aside Clerk's Default, to Render Motion for Default Judgment Moot and Incorporated Memorandum of Law In Support of Same (Dkt. #28) and supporting affidavits (Dkts. #29 and 30).  The Court, having considered the motion, affidavits, and being otherwise advised in the premises, finds that Defendant's unopposed motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

1.    Defendant, Edward Garner's, Unopposed Motion to Set Aside Clerk's Default, to Render Motion for Default Judgment Moot and Incorporated Memorandum of Law In Support of Same (Dkt. #28) is **GRANTED**.

2. Plaintiff's Motion for Default Judgment Against Edward Garner (Dkt. #15) is **DENIED as moot**.

3. Defendant's Motion to Set Aside Default (Dkt. #24) is **DENIED as moot**.

4. The Clerk is directed to **SET ASIDE** the Clerk's Entry of Default as to Edward Garner (Dkt. #13) entered on September 16, 2008.

5. Defendant Edward Garner is directed to file a response to the Complaint within thirteen (13) days from the date of the entry of this Order. Additionally, Defendant Edward Garner has thirteen (13) days from the date of the entry of this Order to file supplemental affidavits, depositions, exhibits, and other relevant materials, if any, pertinent to the issue of whether Plaintiffs' claims are time barred by the statute of limitations for personal injury actions in Florida.

**DONE** and **ORDERED** in Tampa, Florida on October 28, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1599.mt to set aside 28.wpd